THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. BRUNO ROTHENBURG, Appellant.

(Submitted September 28, 1914; decided October 6, 1914.)

Motion for re-argument denied.   (See 212 N. Y. 576.)